Aubrey F. Hammond, Jr.
16 North 8th Street, First Floor
Richmond, Virginia 23219
(804) 644-2546
Counsel for Debtor(s)

## UNITES STATES BANKRUPTCY COURT
## EASTER DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re: GLEN B. CUNNINGHAM,             Case No. 16-30816-KRH
        Debtor(s)             Chapter 13

### ORDER GRANTING MOTION TO EXTEND STAY

This matter came upon the Motion to Extend Automatic Stay (the "Motion") and the Memorandum in Support filed herein by the Debtor(s); and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor(s) filed this bankruptcy case on February 24, 2016 (the "present case"), and an Order for Relief was entered; and

It appearing that the Debtor(s) has had one prior Chapter 13 Bankruptcy case and that Case No. 15-32739 (the "prior case") was pending within one (1) year prior to the filing of this case, which prior case was dismissed; and

It appearing that the filing of the present case was in good faith; and

It appearing that the Debtor(s) has had a change in his circumstances since the dismissal of the prior case; and

It appearing that no creditors or parties in interest have filed or asserted any objection to the Motion; it is, accordingly,

**ADJUDGED, ORDERED, and DECREED** that the automatic stay of 11 U.S.C. § 362(a) shall not be terminated and is hereby extended during the pendency of this case as to all creditors.

ORDERED that the Clerk shall mail copies of this Order to all parties on the attached service list.

Date: Mar 20 2016                    /s/ Kevin R Huennekens
                                     _____
                                         United States Bankruptcy Judge

                                     Entered on Docket: Mar 21 2016

I ask for this:

By: /s/ Aubrey F. Hammond, Jr.
Aubrey F. Hammond, Jr. (VSB # 28256)
16 North 8th Street, First Floor
Richmond, Virginia 23219
(804) 44-2546
Counsel for Debtor(s)

## CERTIFICATION

I certify that this Order had been endorsed by all necessary parties.

By: /s/ Aubrey F. Hammond, Jr.
    Counsel for Debtor(s)

## Service List

City of Virginia Beach
Dept. of Public Utilities
Municipal Center                     Seterus
Virginia Beach, VA 23456-0000        14523 SW Millikan Way Street
                                     Suite 200
Cox Communications                   Beaverton, OR 97005-0000
PO Box 90001089
Louisville, KY 40290-0000            Suntrust Mortgage
                                     P.O. Box 26149
Credit Control Corp                  Attn: Bankruptcy Dept.
P.O. Box 120570                      Richmond, VA 23260-0000
Newport News, VA 23612-0000